BRANDON M. WHITE
Name
567015
Prison Number
GOOSE CREEK CORRECTIONAL COMPLEX
Place of confinement
22301 W ALSOP RD.
Mailing address
WASILLA AK 99687
City, State, Zip
N/A
Telephone

RECEIVED

MAR 25 2014

Clerk, U.S. District Court
Anchorage, A.K.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

BRANDON M. WHITE ,
(Enter full name of plaintiff in this action)

                                        Plaintiff,

vs.

ALASKA DEPT. OF CORRECTIONS ,

_____ ,

_____ ,
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

                    Defendant(s).

Case No. 3:14-CV-00056-TMB
(To be supplied by Court)

**PRISONER'S
COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of BRANDON M. WHITE ,
                                        (print your name)

who presently resides at GOOSE CREEK CORRECTIONAL COMPLEX ,
                    (mailing address or place of confinement)

were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, <u>GOOSE CREEK CORRECTIONAL COMPLEX</u> is a citizen of
(name)
<u>ALASKA</u>, and is employed as a <u>CORRECTIONAL INSTITUTION OF ALASKA</u>
(state)                                  (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
__X__The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2,_____ is a citizen of
(name)
_____, and is employed as a_____.
(state)                                  (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3,_____ is a citizen of
(name)
_____, and is employed as a_____.
(state)                                  (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
**You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.**

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Prisoner § 1983 - 2
PS01, Nov. 2013

Claim 1: On or about _____3-10-14_____, my civil right to
(Date)

_____MEDICAL CARE_____
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by _____ALASKA DEPT OF CORRECTIONS_____
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

ON OR ABOUT JUNE 8th 2013 I HAD BEGUN COMPLAINING OF PAIN, TENDERNESS, DISCOMFORT, ASSOCIATED WITH LUMPS IN MY BREAST I WAS THEN INFORMED THAT PAIN IS NORMAL WITH SUCH A CONDITION, AS WELL AS SEVERE DISCOMFORT. NEARLY A YEAR LATER ON OR ABOUT MARCH 10 2014 I WROTE TO THE MEDICAL ADVISORY COMMITEE SEEKING "SUPERVISORY INTERVENTION" AND REMOVAL OF MY NOW DIAGNOSED GYNECOMASTIA, SOON AFTER THE MEDICAL DIRECTOR OF THE DEPT OF CORRECTIONS FOR ALASKA RESPONDED LATER BY DENYING MY REQUEST STATING "ITS PURELY COSMETIC" I HAVE BEEN TOLD BY MULTIPLE MEDICAL PROFESSIONALS THAT MY GYNECOMASTIA CONDITION IS PROBLEMATIC. AS A RESULT OF THE PAIN, DISCOMFORT, TENDERNESS I HAVE BEEN EXPIERENCING, AS WELL AS THE FIBROSIS OF MY BREAST TISSUE, ALL DUE TO THE DELIBERATE INDIFFERENCE OF THE MEDICAL STAFF OF THE DEPARTMENT OF CORRECTIONS. THIS CONCLUDES THAT D.O.C. KNEW/KNOWS OF A SUBSTANTIAL RISK, FROM WHICH THE VERY FACT WAS OBVIOUS.

Prisoner § 1983 - 3
PS01, Nov. 2013

Case 3:14-cv-00056-TMB  Document 1  Filed 03/25/14  Page 3 of 9

Claim 2: On or about _____, my civil right to
                                    (Date)

_____
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom
                 from cruel and unusual punishment, etc.  List only one violation.)

was violated by _____
                    (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2.  State what
happened briefly and clearly, in your own words.  Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Claim 3: On or about _____, my civil right to
(Date)

_____
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom
from cruel and unusual punishment, etc.  List **only one** violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3.  State what
happened briefly and clearly, in your own words.  Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? _____ Yes __X__ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

_____Yes __X__ No

If your answer is "Yes," describe each lawsuit on the next page.

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

**4. Are you in imminent danger of serious physical injury?** __X__ Yes _____ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: IF MY GYNECOMASTIA IS PRESENT FOR MORE THAN ONE YEAR IT WILL RESULT IN FIBROSIS OF THE GLANDULAR TISSUES. THUS CAUSING THE UNNECESSARY AND WANTON INFLICTION OF PAIN AND DISCOMFORT

**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 100,000

2. Punitive damages in the amount of $ 0

3. An order requiring defendant(s) to _____

4. A declaration that_____

5. Other: _____

Plaintiff demands a trial by jury. _____ Yes __X__ No


## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.


Executed at  GOOSE CREEK CORRECTIONAL COMPLEX  on  3-22-14
            (Location)                       (Date)

_____
(Plaintiff's Signature)


_____    _____
Original Signature of Attorney (if any)              (Date)


_____
_____
_____
Attorney's Address and Telephone Number

DARWIN WHITE SCHULT
GROSE CREEK CORRECTIONAL CENTER
P.O. BOX 877770
WASILLA, ALASKA 99687

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
222 WEST 7TH AVE #4
ANCHORAGE, ALASKA 99513-7564

neopost
03/24/2014
US POSTAGE
$01.61
ZIP 99654
041L11223247

FIRST-CLASS MAIL