Name __Brandon M. White__

Prison Number __567015__

Place of confinement __Goose Creek Correctional Complex__

Mailing address __22301 W Alsop Rd.__

City, State, Zip __Wasilla AK 99687__

Telephone __N/A__

RECEIVED

MAR 25 2014

Clerk, U.S. District Court
Anchorage, A.K.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

__Brandon M. White__,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

__Alaska Dept. of Corrections__,

_____,

_____,
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. __3:14-cv-00056-TMB__
(To be supplied by Court)

**PRISONER'S
COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of __Brandon M. White__,
(print your name)

who presently resides at __Goose Creek Correctional Complex__,
(mailing address or place of confinement)

were violated by the actions of the individual(s) named below.

2. Defendants (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, _GOOSE CREEK CORRECTIONAL COMPLEX_ is a citizen of
(name)
_ALASKA_, and is employed as a _CORRECTIONAL INSTITUTION OF ALASKA_
(state)                                    (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
__X__The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2,_____ is a citizen of
(name)
_____, and is employed as a_____.
(state)                                    (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3,_____ is a citizen of
(name)
_____, and is employed as a_____.
(state)                                    (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

### ***REMINDER***
**You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.**

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Prisoner § 1983 - 2
PS01, Nov. 2013

Claim 1: On or about _____3-10-14_____, my civil right to
                              (Date)

_____MEDICAL CARE_____
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom
from cruel and unusual punishment, etc. List only one violation.)

was violated by __ALASKA DEPT OF CORRECTIONS__
                        (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

ON OR ABOUT JUNE 8th 2013 I HAD BEGUN COMPLAINING OF
PAIN, TENDERNESS, DISCOMFORT, ASSOCIATED WITH LUMPS IN MY BREAST
I WAS THEN INFORMED THAT PAIN IS NORMAL WITH SUCH A
CONDITION, AS WELL AS SEVERE DISCOMFORT. NEARLY A YEAR
LATER ON OR ABOUT MARCH 10 2014 I WROTE TO THE MEDICAL
ADVISORY COMMITEE SEEKING "SUPERVISORY INTERVENTION" AND
REMOVAL OF MY NOW DIAGNOSED GYNECOMASTIA, SOON AFTER
THE MEDICAL DIRECTOR OF THE DEPT OF CORRECTIONS FOR
ALASKA RESPONDED LATER BY DENYING MY REQUEST
STATING "ITS PURELY COSMETIC" I HAVE BEEN TOLD BY
MULTIPLE MEDICAL PROFESSIONALS THAT MY GYNECOMASTIA
CONDITION IS PROBLEMATIC AS A RESULT OF THE PAIN,
DISCOMFORT, TENDERNESS I HAVE BEEN EXPIERENCING, AS WELL
AS THE FIBROSIS OF MY BREAST TISSUE, ALL DUE TO THE
DELIBERATE INDIFFERENCE OF THE MEDICAL STAFF OF
THE DEPARTMENT OF CORRECTIONS. THIS CONCLUDES THAT
D.O.C. KNEW/KNOWS OF A SUBSTANTIAL RISK, FROM
WHICH THE VERY FACT WAS OBVIOUS.

Prisoner § 1983 - 3
PS01, Nov. 2013

Claim 2: On or about _____, my civil right to
(Date)

_____
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc.  List only one violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2.  State what happened briefly and clearly, in your own words.  Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Prisoner § 1983 - 4
PS01, Nov. 2013

<u>Claim 3</u>: On or about _____, my civil right to

(Date)

_____

(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _____

(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Prisoner § 1983 - 5
PS01, Nov. 2013

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? _____ Yes _X_ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

_____Yes _X_ No

If your answer is "Yes," describe each lawsuit on the next page.

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

**4. Are you in imminent danger of serious physical injury?** __X__ Yes _____ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: IF MY GYNECOMASTIA IS PRESENT FOR MORE THAN ONE YEAR IT WILL RESULT IN FIBROSIS OF THE GLANDULAR TISSUES. THUS CAUSING THE UNNECESSARY AND WANTON INFLICTION OF PAIN AND DISCOMFORT

**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ _100,000_

2. Punitive damages in the amount of $ _0_

3. An order requiring defendant(s) to _____

4. A declaration that_____

5. Other: _____

Plaintiff demands a trial by jury. _____ Yes __X__ No


# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.


Executed at _GOOSE CREEK CORRECTIONAL COMPLEX_ on _3-22-14_
                 (Location)                           (Date)

_____
(Plaintiff's Signature)


_____    _____
Original Signature of Attorney (if any)              (Date)


_____
_____
_____
Attorney's Address and Telephone Number

DENNIS WHITE SR/0/0?
CHORE CREEK LOGGERSTONIC CAMPER
P.O. Box 871770
WASILLA, ALASKA 99687

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
222 WEST 7TH AVE #4
ANCHORAGE, ALASKA 99513-7564

neopost
03/24/2014
US POSTAGE
$01.61
FIRST-CLASS MAIL
ZIP 99654
041L11220247