**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

BRANDON M. WHITE,
    Plaintiff,

Case Number 3:14-cv-00056-TMB

v.

ALASKA DEPARTMENT OF CORRECTIONS,
    Defendant.    **JUDGMENT IN A CIVIL CASE**

\_  **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **DECISION BY COURT.** This action came before the court and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT this case is DISMISSED without prejudice.

APPROVED:


s/TIMOTHY M. BURGESS
United States District Judge


Date: May 14, 2014

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

        MARVEL HANSBRAUGH
        Marvel Hansbraugh,
        Clerk of Court

[]{JMT2.WPT*Rev.3/03}